IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JACK C. OLDHAM,

                Petitioner,                      ORDER

      v.                                        08-cv-0036-bbc

MICHAEL THURMER, Warden,
Waupun Correctional Institution,

                Respondent.

---

      This is a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Because Judge Shabaz will be convalescing from shoulder surgery for an extended period, District Judge Barbara Crabb has assumed administration of the cases previously assigned to him, including this one. Judge Crabb has referred the petition to me for report and recommendation.

      I have reviewed petitioner's submissions and the state's response. To give adequate consideration to petitioner's claims, it will be necessary to review the transcripts from the plea and sentencing hearings in Clark County case 02 CF 138. Accordingly, the state is directed to submit copies of these transcripts no later than June 6, 2008.

      Entered this 21st day of May, 2008.

                                BY THE COURT:

                                /s/

                                STEPHEN L. CROCKER
                                Magistrate Judge