# UNITED STATES DISTRICT COURT
### Western District of Wisconsin

JACK C. OLDHAM,

    Petitioner,

v.

MICHAEL THURMER, Warden,
Waupun Correctional Institution,

    Respondent.

**JUDGMENT IN A CIVIL CASE**

Case No.:   08-cv-036-bbc

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

Petitioner's petition for a writ of habeas corpus is DENIED.

JOEL TURNER
_____
**Joel Turner, Acting Clerk**

/s/ M. Hardin
_____
**by Deputy Clerk**

7/16/08
_____
Date